IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STATIC RANDOM ACCESS (SRAM) ANTITRUST LITIGATION, <br><br> _____ <br><br> This Order Applies to All Individual Cases <br><br> _____/ | No. 07-01819 CW <br><br> **AMENDED** ORDER ADMINISTRATIVELY CLOSING INDIVIDUAL CASES |

The individual cases listed on Exhibit A, having been consolidated for all further proceedings in C-07-1819 CW, In Re: Static Random Access (SRAM) Antitrust Litigation,

IT IS HEREBY ORDERED that:

There appears to be no further reason at this time to maintain those files as open ones for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this Order shall be considered a dismissal or disposition of those actions, and, should further proceedings in those cases become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 2/8/10

_____
CLAUDIA WILKEN
United States District Judge

**EXHIBIT A**

| | |
|---|---|
| 4-06-6501 | Proiette v. Cypress Semiconductor, et al. |
| 4-06-6511 | Ma v. Alliance Semiconductor, et al. |
| 4-06-6533 | Reclaim Center Inc. et al. v. Samsung Electronics, et al. |
| 4-06-6541 | Madsen, et al. v. Samsung Electronics, et al., |
| 4-06-6542 | Maites, et al. v. Samsung Electronics, et al., |
| 4-06-6652 | Westell Technologies v. Alliance Semiconductor, et al. |
| 4-06-6663 | Takeda v. Alliance Semiconductor, et al. |
| 4-06-6668 | Juskiewicz v. Samsung Electronics, et al. |
| 4-06-6770 | Ayers, et al. v. Samsung Electronics, et al. |
| 4-06-7006 | Thompson, et al. v. Alliance Semiconductor, et al. |
| 4-06-7007 | Stargate Films, Inc. v. Alliance Semiconductor, et al. |
| 4-06-7194 | Katz v. Samsung Electronics, et al. |
| 4-06-7428 | Markey v. Alliance Semiconductor, et al. |
| 4-06-7731 | Reedy v. Cypress Semiconductor, et al. |
| 4-06-7950 | Greenwell, et al. v. Alliance Semiconductor, et al. |
| 4-07-0228 | Ralik v. Cypress Semiconductor, et al. |
| 4-07-0509 | Baranic v. Samsung Electronics, et al. |
| 4-07-0916 | Barnes v. Alliance Semiconductor, et al. |
| 4-07-0918 | Perez v. Alliance Semiconductor, et al. |
| 4-07-0949 | Koch v. Samsung Electronics, et al. |
| 4-07-0950 | Hochstein v. Samsung Electronics, et al. |
| 4-07-0969 | Kreitzer, et al. v. Cypress Semiconductor, et al. |
| 4-07-0993 | Salzman, et al. v. Cypress Semiconductor, et al. |
| 4-07-1018 | Price v. Cypress Semiconductor, et al. |
| 4-07-1037 | Berezin v. Alliance Semiconductor, et al. |
| 4-07-1152 | Rempe v. Samsung Electronics Co., et al. |
| 4-07-1615 | Hall v. Alliance Semiconductor, et al. |
| 4-07-1616 | Morgan v. Alliance Semiconductor, et al. |
| 4-07-1617 | Miles v. Samsung Electronics, et al. |
| 4-07-1618 | Harmon v. Alliance Semiconductor, et al. |
| 4-07-1619 | Sterenberg v. Alliance Semiconductor, et al. |
| 4-07-1620 | Vinson, et al. v. Cypress Semiconductor, et al. |
| 4-07-1621 | Bisel v. Cypress Semiconductor, et al. |
| 4-07-1622 | Munoz v. Samsung Semiconductor, et al. |
| 4-07-1625 | Barnes v. Samsung Electronics, et al. |
| 4-07-1627 | Davis, et al. v. Alliance Semiconductor, et al. |
| 4-07-1628 | Ferguson v. Samsung Electronics, et al. |
| 4-07-1629 | Van Dyk v. Cypress Semiconductor, et al. |
| 4-07-1630 | Luekel v. Alliance Semiconductor, et al. |
| 4-07-1631 | Clarke v. Cypress Semiconductor, et al. |
| 4-07-1632 | Kramer v. Alliance Semiconductor, et al. |
| 4-07-1633 | Martin v. Cypress Semiconductor, et al. |
| 4-07-1634 | Bagwell v. Alliance Semiconductor, et al. |
| 4-07-1635 | Fairmont Orthopedics v. Samsung Electronics, et al. |
| 4-07-1636 | Livingston v. Cypress Semiconductor, et al. |
| 4-07-1637 | Kornegay v. Samsung Electronics, et al. |
| 4-07-1638 | Hickman v. Cypress Semiconductor, et al. |
| 4-07-1639 | Olson v. Alliance Semiconductor, et al. |
| 4-07-1640 | Cater v. Samsung Electronics, et al. |
| 4-07-1641 | Steinberg v. Alliance Semiconductor, et al. |
| 4-07-1642 | Hawk v. Cypress Semiconductor, et al. |

```
1   4-07-1643     Romero v. Alliance Semiconductor, et al.
    4-07-1644     Cuevas v. Cypress Semiconductor, et al.
2   4-07-1645     Gertzen v. Cypress Semiconductor, et al.
    4-07-1646     McDonald v. Alliance Semiconductor, et al.
3   4-07-1647     Crawford v. Cypress Semiconductor, et al.
    4-07-1648     Benson, et al. v. Alliance Semiconductor, et al.
4   4-07-1649     Birdsong v. Samsung Electronics, et al.
    4-07-1650     Watson v. Cypress Semiconductor, et al.
5   4-07-1651     Stawski v. Samsung Electronics, et al.
    4-07-1652     Belke v. Cypress Semiconductor, et al.
6   4-07-1653     Paguirigan v. Cypress Semiconductor, et al.
    4-07-1654     Lauttamus v. Cypress Semiconductor, et al.
7   4-07-1655     Jacobs v. Alliance Semiconductor, et al.
    4-07-1656     Lambert, et al. v. Samsung Electronics, et al.
8   4-07-1999     Sparks v. Cypress Semiconductor
    4-07-2000     Loomis v. Cypress Semiconductor
9   4-07-2134     Allen v. Cypress Semiconductor
    4-07-2135     Karadsheh v. Cypress Semiconductor
10  4-07-2138     Carrillo v. Cypress Semiconductor
    4-07-2287     Fitzsimmons v. Samsung Electronics Co., et al.
11  4-07-3369     Oyadomori, et al v. Cypress Semiconductor, et al.
    4-08-0967     McEntee v. Alliance Semiconductor, et al
```